29 So.2d 903

Esmer RICE v. STATE.
6 Div. 367.

Court of Appeals of Alabama.
Jan. 21, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

33 So.2d 281

Clint RICH v. STATE.
6 Div. 466.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 904

Eddie ROBERTS v. STATE.
I Div. 534.

Court of Appeals of Alabama.
Nov. 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

29 So.2d 904

George Washington ROBERTS v. STATE.
7 Div. 908.

Court of Appeals of Alabama.
Jan. 21, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 181

Joe B. ROBERTS v. STATE.
4 Div. 990.

Court of Appeals of Alabama.
April 8, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.